**NORTHERN OHIO LUNG ASSOCIA-
TION and Mrs. Patricia
Smith, Petitioners,**

v.

No. 76–2282.

United States Court of Appeals,
Sixth Circuit.

Feb. 9, 1978.

Before PHILLIPS, Chief Judge, and ED-
WARDS and PECK, Circuit Judges.

### ORDER

On receipt and consideration of the peti-
tion of the Northern Ohio Lung Association
attacking alleged deficiencies in the United
States EPA's plan for control of $SO_2$ in
Ohio; and

Noting that the United States EPA's
plan as published does not appear to comply
with § 110(a)(2)(F), 42 U.S.C. § 1857c–
5(a)(2)(F) (1970), to be recodified as 42
U.S.C. § 7410(a)(2)(F), as required by
§ 110(c)(1)(B) of the Clean Air Act, 42
U.S.C. § 1857c–5(c)(1)(B) (Supp. V 1975), to
be recodified as 42 U.S.C. § 7410(c)(1)(B);
and

Further noting that §§ 110(a) & (c) of the
Act appear, as petitioner asserts, to require
that the United States EPA Ohio plan for
$SO_2$ control implement the national second-
ary air quality standard for $SO_2$ but that no
specific provisions for doing so may be
found in the plan,

Now, therefore, these specific aspects of
the United States EPA $SO_2$ control plan for
Ohio are hereby remanded to the United
States EPA for further consideration.

Under the total circumstances concerning
the United States EPA control plan for
Ohio, *see Cleveland Electric Illuminating
Co., et al. v. EPA,* 572 F.2d 1150 (6th Cir.
1978) (decided Feb. 13, 1978), we find no
merit to Northern Ohio Lung Association's
third issue and the same is hereby denied.